

**ORDERED in the Southern District of Florida on December 16, 2025.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
https://www.flsb.uscourts.gov/

In re:                                                                    Chapter 11

MP Complete Solutions, LLC,                             Case No. 25-19098-PDR

       Debtor.                                                     Subchapter V

_____/

**ORDER GRANTING UNITED STATES TRUSTEE'S**
**MOTION TO DISMISS CASE, OR, IN THE ALTERNATIVE,**
**CONVERT CASE TO A CASE UNDER CHAPTER 7, AND DISMISSING CASE**

The Court called this case for a hearing on Thursday, December 11, 2025, at 3:00 p.m. to

consider the *United States Trustee's Motion to Dismiss Case, or, in the alternative, Convert Case*

*to a Case under Chapter 7* [Dkt. No. 28] (the "Motion") filed by Guy A. Van Baalen, the Acting

United States trustee for Region 21 (the "UST"). Counsel for MP Complete Solutions, LLC (the

"Debtor"), counsel for the UST, counsel for Best Meridian International Insurance Company, I.I.

("Best Meridian"), and the subchapter V trustee attended such hearing. The Court, having

reviewed the Motion, noted that Best Meridian filed a joinder to the Motion in support of dismissal, and heard argument of counsel at the hearing, finds that the Motion shall be granted and this case shall be dismissed "for cause" under § 1112(b) for the reasons stated during the hearing.

Therefore, it is **ORDERED** that:

1.      The UST's Motion is **GRANTED**.

2.      This case is **DISMISSED**.

3.      The Debtor shall file all outstanding monthly operating reports for all periods through the date of dismissal no later than 14 days after entry of this order.

4.      All other pending motions are **DENIED AS MOOT**.

#       #       #

Submitted by:

John Schank
Florida Bar No. 1002828
john.s.schank@usdoj.gov
Office of the United States Trustee
51 SW 1st Avenue, Suite 1204
Miami, FL 33130
(305) 536-7285